IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION, AT JACKSON

PEGGY CAMPBELL and husband, )
RANDALL CAMPBELL, )
 )
      Plaintiffs, )   No. 05-1264-T/AN
 )
vs. )
 )
WAL-MART STORES, INC., WAL-MART )
STORES EAST, INC., )
 )
      Defendants. )

## RULE 16(B) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

INITIAL DISCLOSURES (Rule 26(a)(1)): December 2, 2005

JOINING PARTIES:

    For Plaintiff: February 2, 2006

    For Defendant: March 2, 2006

AMENDING PLEADINGS:

    For Plaintiff: February 2, 2006

    For Defendant: March 2, 2006

COMPLETING ALL DISCOVERY: August 31, 2006

    (a)  DOCUMENT PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: August 31, 2006

    (b)  EXPERT WITNESS DISCLOSURE (Rule 26):

    (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: ___June 30, 2006___

    (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: ___July 31, 2006___

    (3)    SUPPLEMENTATION UNDER RULE 26(e) 10 days after defendant's disclosure: ___August 10, 2006___

(c) EXPERT WITNESS DEPOSITIONS: ___August 31, 2006___

FILING DISPOSITIVE MOTIONS: ___September 13, 2006___

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26)(3)):

    (a)    for Plaintiff: ___October 30, 2006___

    (b)    for Defendant: ___November 13, 2006___

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 3 days and is SET for NON-JURY TRIAL on **December 13, 2006 at 9:30 A.M.** A joint pretrial order is due on **December 1, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least 10 days before trial.

OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A), and (a)(1)(B), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. Thomas Anderson
United States Magistrate Judge

Date: *November 28, 2005*

APPROVED FOR ENTRY:

*Antonio L. Matthews*
Antonio L. Matthews (018107)
Attorney for Defendant
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
901-577-2385

*Greg Petrinjak w/ permission*
Greg A. Petrinjak, Esq. (018176)
Hill Boren
Trial Lawyers Building
P. O. Box 3539
Jackson, TN 38303

M ALM 909330 v2
2825865-000242 11/14/05

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, postage prepaid, to Greg A. Petrinjak, Esq., Hill Boren, Trial Lawyers Building, P. O. Box 3539, Jackson, TN 38303, this 21 day of November, 2005.

*[signature]*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01264 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gregory A. Petrinjak
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Linda Fulghum
Hardeman County Courthouse
Bolivar, TN 38008

Honorable James Todd
US DISTRICT COURT